■ In the Matter of MONROE COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of ESTELLA PETTWAY and Another, Appellant, v CLARITHA PETTWAY, Respondent.—Order unanimously affirmed without costs (see, Matter of Monroe County Dept. of Social Servs. v Kearse, 181 AD2d 1062 [decided herewith]; Matter of Beaudoin v Joseph K., 165 AD2d 359). (Appeal from Order of Monroe County Family Court, Bonadio, J.—Child Support.) Present—Green, J. P., Pine, Balio, Lawton and Davis, JJ.